UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:13-CV-00542-BR

| | |
|---|---|
| TOMAR COOPER LOCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| WAKE COUNTY BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on plaintiff's motion for voluntary dismissal. (DE # 46.) Defendant did not file a response to the motion, and the time within which to do so has expired. There being no opposition from defendant, and pursuant to Federal Rule of Civil Procedure 41(a)(2), the motion is ALLOWED, and this case is hereby DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to close this case.

This 20 August 2014.

_____
W. Earl Britt
Senior U.S. District Judge